MARY JASNIG, RESPONDENT, v. CHARLES A. WINTER, EXECUTOR, ETC., APPELLANT.

Submitted October 25, 1935—Decided January 31, 1936.

For the respondent, *Frank Pascarella.*

For the appellant, *Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.